

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-13-00117-CR**

**IN RE MICHAEL JON BAILEY**

_____

**Original Proceeding**

_____

# ORDER

_____

Michael Jon Bailey filed a petition for writ of prohibition in this Court on April 16, 2013. We dismissed his petition on May 2, 2013 because we determined that only the Court of Criminal Appeals has jurisdiction to issue a writ of prohibition. *See In re Bailey*, No. 10-13-00117-CR, 2013 Tex. App. LEXIS _____ (Tex. App.—Waco May 2, 3013, orig. proceeding). *See also* TEX. CONST. art. V, § 5(c); TEX. CODE CRIM. PROC. art. 4.04, sec. 1 (West 2005); *In re Ruston*, No. 05-13-00417-CV, 2013 Tex. App. LEXIS 4268 (Tex. App.—Dallas Apr. 3, 2013, orig. proceeding) (mem. op.); *Allen v. Guarino*, 635 S.W.2d 129, 129 (Tex. App.—Houston [1st Dist.] 1981, orig. proceeding).

In the interim, Bailey filed a "Request or Motion for Temporary Injunction" on April 24, 2013 asking that we issue an injunction prohibiting the "lower courts" from taking any action in the cases below until we make our decision on the petition for writ of prohibition.

Because we issued an opinion on May 2, 2013 dismissing Bailey's petition for writ of prohibition and because we determined we have no jurisdiction to issue a writ of prohibition, we dismiss Bailey's motion for temporary injunction as moot and for want of jurisdiction.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion dismissed
Order issued and filed May 9, 2013